NUMBER 13-99-715-CR 

COURT OF APPEALS 

THIRTEENTH DISTRICT OF TEXAS 

CORPUS CHRISTI 

__________________________________________________________________ 



DANIEL ZINTURA , Appellant, 



v. 



THE STATE OF TEXAS, Appellee. 

__________________________________________________________________ 


On appeal from the 25th District Court 

of Gonzales County, Texas. 

___________________________________________________________________ 



O P I N I O N 



Before Justices Hinojosa, Yañez, and Chavez 

Opinion Per Curiam 



Appellant, DANIEL ZINTURA , perfected an appeal from a judgment entered by the 25th District Court of Gonzales
County, Texas, in cause number 99-27 . Appellant has filed a motion to dismiss the appeal. The motion complies with Tex.
R. App. P. 42.2(a). 

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 13th day of April, 2000 .